-FILED-

JUL 16 2020

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:20 CR 91 |
|---|---|---|
| v. | ) | 18 U.S.C. § 922(g)(1) |
| MICHAEL CAZY | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about May 4, 2020, in the Northern District of Indiana,

**MICHAEL CAZY,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATIONS

1.  The allegations of Count 1 are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18 United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in the Indictment, **MICHAEL CAZY**, defendant herein, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of such offense, including but not limited to:

    A.    one Draco firearm;

    B.    ammunition; and

    C.    firearm magazine.

A TRUE BILL:

s/Foreperson  
FOREPERSON

THOMAS L. KIRSCH II  
UNITED STATES ATTORNEY

By: s/Kevin F. Wolff  
Kevin F. Wolff  
Assistant United States Attorney

By: s/David J. Nozick  
David J. Nozick  
Assistant United States Attorney